FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 NOV -3 AM 9: 57
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| FLOYD DAVIDSON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 98-P-1802-E |
| JOSEPH SAXMAN, et al., | ) |
| Defendants. | ) |

ENTERED
NOV 3 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 14, 1999, recommending that the defendants' motions for summary judgment be granted and that this cause be dismissed with prejudice. The magistrate judge specifically found that plaintiff had failed to establish that the defendants have been deliberately indifferent to his eye and dental problems. The magistrate judge also concluded, in the alternative, that the defendants are entitled to summary judgment on the basis of qualified immunity. Plaintiff filed objections on October 14, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly,

36

defendants' motions for summary judgment are due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this the 2nd day of Nov, 1999.

SAM C. POINTER, JR.
UNITED STATES DISTRICT JUDGE